AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) |
| v. | ) |
|  | ) Case No. 21-1169M |
|  | ) |
| KHALIL EL DAHR | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 22, 2021__ in the county of __—__ in the __—__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with Flight Crew Members and Attendants. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.
Reviewed by: AUSA Suárez
The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William López, FBI Special Agent
*Printed name and title*

Sworn to me by phone in accordance with the requirements of Fed. R. Crim. P. 4.1 at 9:00 AM AM/PM on

Date: 9/23/2021   9:00 AM

_____
*Judge's signature*

City and state: San Juan, Puerto Rico

Magistrate Judge Camille Vélez-Rivé
*Printed name and title*